AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charles Benjamin Proffitt, <br> *Petitioner* <br> v. <br> Warden of McCormick Correctional Institution, <br> *Respondent* | ) ) ) ) ) ) Civil Action No.  8:19-cv-03420-SAL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

X  other: the Petition, DISMISSED with prejudice for failure to prosecute, and Respondent's Motion for Summary Judgment, is DENIED as moot.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

X decided by the Honorable  Sherri A. Lydon

Date:   July 23, 2020

*CLERK OF COURT*

s/Rob Weber/Deputy Clerk

*Signature of Clerk or Deputy Clerk*